No. 1014. FEDERAL OIL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Martin D. Cohen* for petitioner. *Solicitor General Griswold* and *Assistant Attorney General Rogovin* for respondent.

No. 1017. HOUSER *v.* O'LEARY, DEPUTY COMMISSIONER, FOURTEENTH COMPENSATION DISTRICT, ET AL. C. A. 9th Cir. Certiorari denied. *Edwin J. Peterson* for petitioner. *Solicitor General Griswold* for O'Leary, and *Floyd A. Fredrickson* for American Mail Line, Ltd., et al., respondents.

No. 1018. MASTERSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Joseph Goldberg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1019. FRANKLIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *P. Walter Jones* and *Jerry W. Brimberry* for petitioner. *Solicitor General Griswold* for the United States.

No. 1021. SANTOS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Max Cohen* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Edward Fenig* for the United States.

No. 1035. ANDERSON ET AL. *v.* COTNER, CLERK OF CLEVELAND CITY COUNCIL, ET AL. Sup. Ct. Ohio. Certiorari denied. *Jack G. Day* for petitioners. *Daniel J. O'Loughlin* for respondent Cotner. *Ralph Rudd* for American Civil Liberties Union of Ohio, as *amicus curiae,* in support of the petition.